|  |  |  |
|---|---|---|
| NICOLE DAVIS, on behalf of herself and all others similarly situated, | ) ) ) | **United States District Court** <br> **Northern District of Illinois** |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Case No.: 1:25-cv-10993 |
| Carve Designs, Inc., | ) ) |  |
| Defendant. | ) ) ) | **NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: January 9, 2026

        EQUAL ACCESS LAW GROUP, PLLC
        *Attorneys for Plaintiff*

        **/s/ David B. Reyes**
        By: David B. Reyes, Esq.
        68-29 Main Street,
        Flushing, NY 11367
        O: (844) 731-3343
        C: (630)-478-0856
        Email: Dreyes@ealg.law